**FILED**

10/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0524



## IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0524

TYRON LEE RISHER,

       Petitioner,

  v.

BOB OLSON - STATE OF MONTANA,

       Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED:   October 21, 2021.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court